MARC A. NICOMETI, Appellant-Respondent, v THE VINEYARDS OF FREDONIA, LLC, et al., Respondents-Appellants, et al., Defendants. SCOTT PFOHL et al., Third-Party Plaintiffs, v WESTERN NEW YORK PLUMBING-ELLICOTT PLUMBING AND REMODELING CO., INC., Third-Party Respondent-Appellant.

Submitted May 26, 2015; decided July 1, 2015

1196

Motion for reargument denied [*see* 25 NY3d 90 (2015)].

Judge FAHEY taking no part.